**Samuel E. HALEY, Jr., Appellant,**

v.

**William GALLOWAY; Mason; Jimmy Payne; Plummer; Grimm; Michael Kemna; Jean Ann Johnson; Ann Page; Russell Hollowell; Shanna Keeter; Amy Gertz; D. Greene; L. Carr; P. Gans; John Doe; Matthews, Appellees.**

No. 03–2139.

United States Court of Appeals, Eighth Circuit.

Submitted March 19, 2004.

Decided March 26, 2004.

Samuel E. Haley, Jr., Cameron, MO, pro se.

Cheryl Ann Schuetze, Attorney General's Office, St. Louis, MO, John Joseph Treu, Correctional Medical Services, Jefferson City, MO, for Defendants–Appellees.

Before BYE, MCMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

Missouri inmate Samuel E. Haley, Jr., appeals the district court's [1] orders disposing of his 42 U.S.C. § 1983 action. Having carefully reviewed the voluminous record in this case, we conclude that the district court was required to grant defendants' motion to dismiss Haley's lawsuit for failure to exhaust administrative remedies. *See* 42 U.S.C. § 1997e(a) (prisoner shall not bring § 1983 prison-conditions lawsuit before exhausting available administrative remedies). After the served defendants moved to dismiss, Haley did not present proof he had exhausted all the medical/retaliation claims raised in his original complaint, his supplement, and his motion to reopen. *See Johnson v. Jones*, 340 F.3d 624, 627 (8th Cir.2003) (dismissal required when inmate has not administratively exhausted before filing lawsuit); *Graves v. Norris*, 218 F.3d 884, 885–86 (8th Cir.2000) (per curiam) (dismissal proper where at least some of claims were unexhausted).

Accordingly, we need not address Haley's remaining arguments on appeal, and we affirm the dismissal of Haley's lawsuit, but we modify the dismissal to be without prejudice. *See Chelette v. Harris*, 229 F.3d 684, 688 (8th Cir.2000), *cert. denied*, 531 U.S. 1156, 121 S.Ct. 1106, 148 L.Ed.2d 977 (2001). We also deny Haley's pending motions.

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.